B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Atlantic Insulation, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA House of Ladders, LLC; FDBA Eagle Insulation Fabrication, LLC; FDBA Atlantic Insulation Contracting, LLC; FDBA House of Ladders; FDBA Eagle Insulation Fabrication** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-2460972** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4229 N. Main Street**<br>**Jacksonville, FL**<br>ZIP Code **32206** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Atlantic Insulation, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)**                                                      **Page 3**

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Atlantic Insulation, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Jason A. Burgess
Signature of Attorney for Debtor(s)

**Jason A. Burgess 40757**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Jason A. Burgess, LLC**
Firm Name

**118 West Adams Street
Suite 900
Jacksonville, FL 32202**

_____
Address

        **Email: jason@jasonaburgess.com**
**904-354-5065  Fax: 904-354-5069**
Telephone Number

**August 20, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Richard Kim Whitlock, Sr.
Signature of Authorized Individual

**Richard Kim Whitlock, Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 20, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Atlantic Insulation, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **B&M Equipment** 2208 NW 71st Place Gainesville, FL 32653 | **B&M Equipment** 2208 NW 71st Place Gainesville, FL 32653 | **Equipment Rental** | | **1,535.19** |
| **Bank of America** 100 N. Tryon St. Charlotte, NC 28255 | **Bank of America** 100 N. Tryon St. Charlotte, NC 28255 | **Credit Card** | | **11,173.26** |
| **Bay Insulation of Florida** PO Box 9229 Green Bay, WI 54308 | **Bay Insulation of Florida** PO Box 9229 Green Bay, WI 54308 | **Materials** | | **1,028.15** |
| **Bliss Consultants** 2227 Herschel Street Jacksonville, FL 32204 | **Bliss Consultants** 2227 Herschel Street Jacksonville, FL 32204 | **401k Administration** | | **1,750.00** |
| **Duval County Tax Collector** 117 W. Duval Street Suite 480 Jacksonville, FL 32202 | **Duval County Tax Collector** 117 W. Duval Street Suite 480 Jacksonville, FL 32202 | **3525 Ionia Street, Jacksonville, Florida 32206** | | **14,411.08 (625,400.00 secured) (687,792.39 senior lien)** |
| **Florida Dept. of Revenue** 5050 West Tennessee Street Tallahassee, FL 32399 | **Florida Dept. of Revenue** 5050 West Tennessee Street Tallahassee, FL 32399 | **Potential Lien** | **Disputed** | **461.64** |
| **Gate Fleet Services** PO BOx 40505 Jacksonville, FL 32203 | **Gate Fleet Services** PO BOx 40505 Jacksonville, FL 32203 | **Credit Card** | | **1,327.94** |
| **General Insulation Company** PO Box 636959 Cincinnati, OH 45263 | **General Insulation Company** PO Box 636959 Cincinnati, OH 45263 | **Materials** | | **395,650.11** |
| **Hilti, Inc.** PO Box 382002 Pittsburgh, PA 15250 | **Hilti, Inc.** PO Box 382002 Pittsburgh, PA 15250 | **Materials** | | **1,480.49** |
| **Home Depot Credit Services** PO Box 6029 The Lakes, NV 88901 | **Home Depot Credit Services** PO Box 6029 The Lakes, NV 88901 | **Charge Account** | | **3,957.53** |
| **IT Professionals of Jax, LLC** 5354 Oak Bay Dr. East Jacksonville, FL 32256 | **IT Professionals of Jax, LLC** 5354 Oak Bay Dr. East Jacksonville, FL 32256 | **Computer IT** | | **535.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Atlantic Insulation, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **James W. Mathews, CPA 2104 Park Street Suite 2 Jacksonville, FL 32204** | **James W. Mathews, CPA 2104 Park Street Suite 2 Jacksonville, FL 32204** | **Accounting fees** | | **10,774.30** |
| **Lapin Sheet Metal 3825 Gardenia Avenue Orlando, FL 32839** | **Lapin Sheet Metal 3825 Gardenia Avenue Orlando, FL 32839** | **Company back charge debt** | | **150,657.34** |
| **Office Depot Credit Services PO Box 689020 Des Moines, IA 50368** | **Office Depot Credit Services PO Box 689020 Des Moines, IA 50368** | **Office Supplies** | | **703.47** |
| **Pittsburgh Corning Corp. PO Box 640347 Pittsburgh, PA 15264** | **Pittsburgh Corning Corp. PO Box 640347 Pittsburgh, PA 15264** | **Materials** | | **11,000.00** |
| **RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139** | **RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139** | **3525 Ionia Street, Jacksonville, Florida 32206** | | **101,345.59 (625,400.00 secured) (586,446.80 senior lien)** |
| **RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139** | **RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139** | **4229 N. Main Street, Jacksonville, Florida 32206** | | **109,639.27 (176,239.00 secured) (84,346.28 senior lien)** |
| **Sprint PO Box 4181 Carol Stream, IL 60197** | **Sprint PO Box 4181 Carol Stream, IL 60197** | **Company Mobile Phones** | | **1,076.29** |
| **Wells Fargo Bank, N.A. 420 Montgomery St San Francisco, CA 94163** | **Wells Fargo Bank, N.A. 420 Montgomery St San Francisco, CA 94163** | **Credit Card** | | **9,750.11** |
| **Werner Co. 93 Werner Road Greenville, PA 16125** | **Werner Co. 93 Werner Road Greenville, PA 16125** | **Ladders** | | **293,968.65** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 20, 2014**                  Signature    **/s/ Richard Kim Whitlock, Sr.**
                                                          **Richard Kim Whitlock, Sr.**
                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Atlantic Insulation, Inc.**                    ,       Case No. _____

                                Debtor          Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 827,914.00 | | |
| B - Personal Property | Yes | 4 | 379,456.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 896,189.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 461.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 897,757.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 1,207,370.18 | | |
| Total Liabilities | | | | 1,794,408.04 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Atlantic Insulation, Inc.**                           ,      Case No. _____

                                      Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Atlantic Insulation, Inc.**
_____,    Case No. _____
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4229 N. Main Street, Jacksonville, Florida 32206** | **Fee simple** | - | 176,239.00 | 193,985.55 |
| **3525 Ionia Street, Jacksonville, Florida 32206** | **Fee simple** | - | 625,400.00 | 702,203.47 |
| **10505 Ashby Rd, Jacksonville, Florida 32218** | **Fee simple** | - | 26,275.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 827,914.00 | (Total of this page) |
| Total > | 827,914.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Atlantic Insulation, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Regions Bank (0843)** | - | 49,475.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **49,475.28**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Atlantic Insulation, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Current = $138,493.65, 1-30 Days Past Due = $85,023.76, 31-60 Days Past Due = $41,069.63, 61-90 Days Past Due = $10,823.50, >90 Days Past Due = $2,010.36)** | - | 277,420.90 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    277,420.90
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Atlantic Insulation, Inc.**                                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Order of Resitution - State of Florida v. Sarah Robyn Weaver 16-2013-CF-002742 (Restitution awarded in amount of $122,932.00 - deemed uncollectable)** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 GMC Yukon Denali** | - | 6,325.00 |
| | | **2004 GMC Safari Cargo Van** | - | 725.00 |
| | | **2006 GMC W3500 Box Truck** | - | 3,500.00 |
| | | **2006 Ford Ranger (Blown engine)** | - | 400.00 |
| | | **2006 Ford Ranger** | - | 870.00 |
| | | **2006 Ford Ranger** | - | 870.00 |
| | | **2004 Ford Econoline Cargo Van (Out of Service)** | - | 500.00 |
| | | **2004 Dodge Dakota Truck** | - | 1,950.00 |
| | | **2006 Dodge Dakota Truck (body damaged)** | - | 3,000.00 |
| | | **2003 Chevrolet Suburban** | - | 2,650.00 |
| | | **2005 Chevrolet Express Cargo Van** | - | 1,520.00 |
| | | **Airkrete Trailer & Equipment** | - | 6,000.00 |
| | | **Automobile Trailer** | - | 650.00 |

Sub-Total >        28,960.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Atlantic Insulation, Inc.** _____,    Case No. _____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Open Trailer** | - | **450.00** |
| | | **Cargo Trailer** | - | **450.00** |
| | | **(8) Storage Trailers** | - | **4,000.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Misc. Office Furniture, Desks, Chairs, Computers, Servers, File Cabinets, Phones, Calculators, Printers, and Various Office Supplies.** | - | **6,600.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Fitting Saw** | - | **500.00** |
| | | **Foam Glass Saw/Pipe Covering** | - | **800.00** |
| | | **Model 648 Power Shear** | - | **6,000.00** |
| | | **Horizontal Saw** | - | **1,800.00** |
| | | **Model 325 Electric Heated Asphalt** | - | **800.00** |
| | | **Forklift** | - | **1,000.00** |
| | | **(3) Metal Rollers** | - | **1,200.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **23,600.00** |
| (Total of this page) | |
| Total > | **379,456.18** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Atlantic Insulation, Inc.__                                    ,        Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 113105-0000 | | | | Tax Year 2013 | | | | | |
| | | | | Statutory Lien | | | | | |
| Duval County Tax Collector 117 W. Duval Street Suite 480 Jacksonville, FL 32202 | | - | | 3525 Ionia Street, Jacksonville, Florida 32206 | | | | | |
| | | | | Value $                    625,400.00 | | | | 14,411.08 | 14,411.08 |
| Account No. 7000089246 | | | | Line of Credit | | | | | |
| RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139 | X | - | | 3525 Ionia Street, Jacksonville, Florida 32206 | | | | | |
| | | | | Value $                    625,400.00 | | | | 131,044.77 | 0.00 |
| Account No. 7000089247 | | | | Second Mortgage | | | | | |
| RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139 | X | - | | 4229 N. Main Street, Jacksonville, Florida 32206 | | | | | |
| | | | | Value $                    176,239.00 | | | | 84,346.28 | 0.00 |
| Account No. 7000089248 | | | | Mortgage | | | | | |
| RREF II PEBP Acquisitions PO Box 39517 Solon, OH 44139 | X | - | | 3525 Ionia Street, Jacksonville, Florida 32206 | | | | | |
| | | | | Value $                    625,400.00 | | | | 455,402.03 | 0.00 |
| __1__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 685,204.16 | 14,411.08 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Atlantic Insulation, Inc.__ ,                    Case No. _____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7000089249** <br><br> **RREF II PEBP Acquisitions** <br> **PO Box 39517** <br> **Solon, OH 44139** | X | - | Mortgage <br><br> **4229 N. Main Street, Jacksonville, Florida 32206** <br><br> Value $  **176,239.00** | | | | **109,639.27** | **17,746.55** |
| Account No. **7000089250** <br><br> **RREF II PEBP Acquisitions** <br> **PO Box 39517** <br> **Solon, OH 44139** | X | - | Line of Credit <br><br> **3525 Ionia Street, Jacksonville, Florida 32206** <br><br> Value $  **625,400.00** | | | | **101,345.59** | **62,392.39** |
| Account No. <br><br><br> | | | <br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br> Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **210,984.86** | **80,138.94** |
| Total <br> (Report on Summary of Schedules) | **896,189.02** | **94,550.02** |

B6E (Official Form 6E) (4/13)

.

In re    **Atlantic Insulation, Inc.**                                                                    ,        Case No. _____
                                                                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Atlantic Insulation, Inc.** ,          Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | | |
| **Florida Dept. of Revenue 5050 West Tennessee Street Tallahassee, FL 32399** | - | | **Potential Lien** | | | X | | **461.64** |
| | | | | | | | **461.64** | **0.00** |
| Account No. | | | **Notice Only** | | | | | |
| **Internal Revenue Service 400 West Bay Street Jacksonville, FL 32202** | - | | | | | | | **0.00** |
| | | | | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **461.64** | |
|---|---|---|---|
| | (Total of this page) | **461.64** | **0.00** |
| | Total | **461.64** | |
| | (Report on Summary of Schedules) | **461.64** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Atlantic Insulation, Inc.**                                                   ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**B&M Equipment**<br>**2208 NW 71st Place**<br>**Gainesville, FL 32653** | | - | | | **Equipment Rental** | | | | 1,535.19 |
| Account No.<br><br>**Bank of America**<br>**100 N. Tryon St.**<br>**Charlotte, NC 28255** | X | - | | | **Credit Card** | | | | 11,173.26 |
| Account No.<br><br>**Bay Insulation of Florida**<br>**PO Box 9229**<br>**Green Bay, WI 54308** | | - | | | **Materials** | | | | 1,028.15 |
| Account No.<br><br>**Bliss Consultants**<br>**2227 Herschel Street**<br>**Jacksonville, FL 32204** | | - | | | **401k Administration** | | | | 1,750.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 15,486.60 |

__5__ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  S/N:43949-140807    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Atlantic Insulation, Inc.**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Canon Financial Services**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693** | - | | Tax on Copier Lease | | | | 354.77 |
| Account No. <br><br>**Canon Solutions America**<br>**PO Box 742265**<br>**Atlanta, GA 30374** | - | | Copier Supplies | | | | 127.60 |
| Account No. <br><br>**Capital Office Products**<br>**210 Fentress Blvd.**<br>**Daytona Beach, FL 32114** | - | | Office Supplies | | | | 101.68 |
| Account No. <br><br>**Carespot-Solantic of Orlando**<br>**PO Box 404994**<br>**Atlanta, GA 30384** | - | | Drug Tests | | | | 315.00 |
| Account No. <br><br>**CIT**<br>**21146 Network Place**<br>**Chicago, IL 60673** | - | | Server Lease - Notice Only | | | | 0.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              899.05

B6F (Official Form 6F) (12/07) - Cont.

In re **Atlantic Insulation, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fed-Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094** | - | | Postage | | | | 49.28 |
| Account No.<br><br>**Gate Fleet Services**<br>**PO BOx 40505**<br>**Jacksonville, FL 32203** | X - | | Credit Card | | | | 1,327.94 |
| Account No.<br><br>**General Insulation Company**<br>**PO Box 636959**<br>**Cincinnati, OH 45263** | X - | | Materials | | | | 395,650.11 |
| Account No.<br><br>**Hilti, Inc.**<br>**PO Box 382002**<br>**Pittsburgh, PA 15250** | - | | Materials | | | | 1,480.49 |
| Account No.<br><br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | X - | | Charge Account | | | | 3,957.53 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    402,465.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Atlantic Insulation, Inc.** _____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Computer IT | | | | |
| IT Professionals of Jax, LLC 5354 Oak Bay Dr. East Jacksonville, FL 32256 | | - | | | | | 535.00 |
| Account No. | | | Accounting fees | | | | |
| James W. Mathews, CPA 2104 Park Street Suite 2 Jacksonville, FL 32204 | | - | | | | | 10,774.30 |
| Account No. | | | Company back charge debt | | | | |
| Lapin Sheet Metal 3825 Gardenia Avenue Orlando, FL 32839 | | - | | | | | 150,657.34 |
| Account No. | | | Notification Costs | | | | |
| North Florida Notifier, LLC 3100 University Blvd. S. Suite 107 Jacksonville, FL 32216 | | - | | | | | 89.73 |
| Account No. | X | - | Office Supplies | | | | |
| Office Depot Credit Services PO Box 689020 Des Moines, IA 50368 | | | | | | | 703.47 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        162,759.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Atlantic Insulation, Inc.**                                          ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Equipment Leasing - Notice Only | | | | |
| **Picks Sales and Leasing** **PO Box 771559** **Ocala, FL 34477** | | | | | | | | 0.00 |
| Account No. | X | - | | Materials | | | | |
| **Pittsburgh Corning Corp.** **PO Box 640347** **Pittsburgh, PA 15264** | | | | | | | | 11,000.00 |
| Account No. | | - | | Company Mobile Phones | | | | |
| **Sprint** **PO Box 4181** **Carol Stream, IL 60197** | | | | | | | | 1,076.29 |
| Account No. | | - | | Vehicle Repair | | | | |
| **Tubel's Service Center** **11411 North Main Street** **Jacksonville, FL 32218** | | | | | | | | 94.04 |
| Account No. | | - | | Postage | | | | |
| **UPS** **PO Box 7247-0244** **Philadelphia, PA 19170** | | | | | | | | 22.49 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,192.82

B6F (Official Form 6F) (12/07) - Cont.

In re __Atlantic Insulation, Inc.__ _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| Wells Fargo Bank, N.A. 420 Montgomery St San Francisco, CA 94163 | X | - | | | | | | 9,750.11 |
| Account No. | | | | Ladders | | | | |
| Werner Co. 93 Werner Road Greenville, PA 16125 | X | - | | | | | | 293,968.65 |
| Account No. | | | | Materials | | | | |
| World Electric 569 Stuart Lane Jacksonville, FL 32254 | | - | | | | | | 234.96 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 303,953.72 |
| Total (Report on Summary of Schedules) | | 897,757.38 |

B6G (Official Form 6G) (12/07)

.

In re __**Atlantic Insulation, Inc.**_____,     Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial Services**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693** | **Copier Lease** |
| **CIT**<br>**21146 Network Place**<br>**Chicago, IL 60673** | **Server Lease** |
| **Enterprise Fleet Services**<br>**PO Box 800089**<br>**Salt Lake City, UT 84180** | **Vehicle Leases** |
| **General Insulation Company**<br>**Newstar Business Credit, LLC**<br>**PO Box 636959**<br>**Cincinnati, OH 45263** | **Building & Equipment Lease - 3525 Ionia Street,**<br>**Jacksonville, FL** |
| **Orafael Q. Medina &**<br>**Jeronima C. Medina**<br>**10505 Ahsby Rd.**<br>**Jacksonville, FL 32206** | **Residential Lease - 10505 Ashby Rd.,**<br>**Jacksonville, FL** |
| **Picks Sales and Leasing**<br>**PO Box 771559**<br>**Ocala, FL 34477** | **Equipment Leases** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Atlantic Insulation, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **RREF II PEBP Acquisitions**<br>**PO Box 39517**<br>**Solon, OH 44139** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **RREF II PEBP Acquisitions**<br>**PO Box 39517**<br>**Solon, OH 44139** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **RREF II PEBP Acquisitions**<br>**PO Box 39517**<br>**Solon, OH 44139** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **RREF II PEBP Acquisitions**<br>**PO Box 39517**<br>**Solon, OH 44139** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **RREF II PEBP Acquisitions**<br>**PO Box 39517**<br>**Solon, OH 44139** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Bank of America**<br>**100 N. Tryon St.**<br>**Charlotte, NC 28255** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Gate Fleet Services**<br>**PO BOx 40505**<br>**Jacksonville, FL 32203** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Office Depot Credit Services**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Wells Fargo Bank, N.A.**<br>**420 Montgomery St**<br>**San Francisco, CA 94163** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **General Insulation Company**<br>**PO Box 636959**<br>**Cincinnati, OH 45263** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Pittsburgh Corning Corp.**<br>**PO Box 640347**<br>**Pittsburgh, PA 15264** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re      **Atlantic Insulation, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | **Werner Co.**<br>**93 Werner Road**<br>**Greenville, PA 16125** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Atlantic Insulation, Inc.**                 Case No.   _____
                         Debtor(s)            Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **20**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 20, 2014**              Signature   **/s/ Richard Kim Whitlock, Sr.**
                                                      **Richard Kim Whitlock, Sr.**
                                                      **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re  __Atlantic Insulation, Inc.__                                          Case No. _____

                                            Debtor(s)                         Chapter  __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,365,224.20 | **2014 Est. YTD Gross Receipts:** |
| $2,665,025.75 | **2013 Est. Gross Receipts:** |
| $5,659,633.00 | **2012 Est. Gross Receipts:** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)                                                                                                          2

### 3. Payments to creditors

**None**
☑

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Quantum Servicing Corp.**<br>**6302 E. Martin Luther King B**<br>**Suite 300**<br>**Tampa, FL 33619** | **6/3/2014 - 7/7/2014** | **$12,891.78** | **$881,777.94** |
| **General Insulation Company**<br>**PO Box 636959**<br>**Cincinnati, OH 45263** | **5/1/2014 - 7/28/2014** | **$84,168.06** | **$395,650.11** |
| **Westfield Insurance**<br>**PO Box 535209**<br>**Atlanta, GA 30353** | **5/19/2014 - 7/14/2014** | **$12,915.00** | **$5,795.75** |

**None**
☑

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

**None**
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)                                                                                             3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                                4

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Jason A. Burgess, LLC**<br>**118 W. Adams Street**<br>**Suite 900**<br>**Jacksonville, FL 32202** | **August 5, 2014** | **$13,717.00 (Including Filing Fee)** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Salvage Yard**<br><br>    **None** | **February 11, 2013** | **2000 Ford Pickup - $750.00** |
| **Salvage Yard**<br><br>    **None** | **February 11, 2013** | **1999 Ford PK - $500.00** |
| **Salvage Yard**<br><br>    **None** | **February 11, 2013** | **2000 GMC UT - $750.00** |
| **General Insulation Company**<br>**PO Box 636959**<br>**Cincinnati, OH 45263**<br>    **Supplier** | **October 15, 2012** | **Profile Machine - $75,095.66** |
| **Jeff Prescott**<br>**PO Box 135**<br>**Wellborn, FL 32094**<br>    **Employee** | **October 7, 2013** | **2004 Ford PK (Engine blown - inoperable) - $0.00** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                   5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Regions Bank**<br>**1604 Margaret Street**<br>**Jacksonville, FL 32204** | **Checking Account (7620)** | **2013 - $0.00** |
| **Regions Bank**<br>**1604 Margaret Street**<br>**Jacksonville, FL 32204** | **Checking Account (0878)** | **March 2014 - $81.00** |
| **Regions Bank**<br>**1604 Margaret Street**<br>**Jacksonville, FL 32204** | **Checking Account (8082)** | **August 2013 - $624.40** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3525 Ionia St., Jacksonville, FL** | **Atlantic Insulation, Inc.** | **09/1995 - 12/19/2013** |
| **4229 N. Main St., Jacksonville, FL** | **Atlantic Insulation, Inc.** | **12/19/2013 - present** |

B7 (Official Form 7) (04/13)                                                                                                                          6

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                                  7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **James W. Mathews, CPA**<br>**2104 Park Street**<br>**Suite 2**<br>**Jacksonville, FL 32204** | **2007 to Present** |

None
☐

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **James W. Mathews, CPA** | **2104 Park Street**<br>**Suite 2**<br>**Jacksonville, FL 32204** | **December 31, 2012** |

None
■

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Quantum Servicing Corp.**<br>**6302 E. Martin Luther King B**<br>**Suite 300**<br>**Tampa, FL 33619** | **February 2014** |

B7 (Official Form 7) (04/13)                                                                                                                      8

---

**20. Inventories**

None
■       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■       b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
□       b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Kim Whitlock, Sr.**<br>**4229 N. Main St.**<br>**Jacksonville, FL 32206** | **President** | **53.87%** |
| **Michael B. Chapman**<br>**8630 St. Patrick Ln**<br>**Jacksonville, FL 32216** | **Vice President** | **28.39%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■       b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                              9

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218**<br>    **President** | **8/1/2013 - 7/31/2014 (Business Expense Reimbursement)** | **Gas - $612.04**<br>**Maintenance and Repair - $10.53**<br>**Travel - $406.45**<br>**Equipment - $159.69**<br>**Building Maintenance - $404.73**<br>**Materials - $206.76**<br>**Entertainment (Potential new clients) - $117.94** |
| **Michael Chapman**<br>**8630 St. Patrick Ln**<br>**Jacksonville, FL 32216**<br>    **Vice President** | **8/2/2013 - 7/31/2014 (Business Expense Reimbursement)** | **Maintenance and Repair - $208.49**<br>**Entertainment (Potential new clients) - $175.05**<br>**Advertising - $756.00** |
| **Antoinette Corbo-Whitlock**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218**<br>    **Operations Manager** | **8/1/2013 - 7/31/2014 (Business Expense Reimbursement)** | **Gas - $4,057.07**<br>**Maintenance and Repair - $1,286.78**<br>**Administration meeting - $175.79**<br>**Postage - $47.51**<br>**Building Maintenance - $637.79**<br>**IRS Penalty - $913.06**<br>**Entertainment (Potential new clients) - $1,027.84**<br>**Materials - $943.00**<br>**Office Supplies - $434.40**<br>**Jobs Misc. - $76.47** |
| **Michael Chapman**<br>**8630 St. Patrick Ln.**<br>**Jacksonville, FL 32216**<br>    **Vice President** | **August 1, 2013 - July 25, 2014 (Salary)** | **$148,515.50 ($2,856.06 Gross Weekly)** |
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218**<br>    **President** | **August 5, 2013 - July 31, 2014 (Salary)** | **$144,191.45 ($2,772.91 Gross Weekly)** |

---

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)                                                                                                      10

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
■       an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date    **August 20, 2014**                    Signature    **/s/ Richard Kim Whitlock, Sr.**
                                                             **Richard Kim Whitlock, Sr.**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re      **Atlantic Insulation, Inc.** _____ ,

                                        Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Aaron Phillipes**<br>**9359 103rd Street**<br>**#206**<br>**Jacksonville, FL 32210** | | **0.5792** | |
| **Antoinette Corbo-Whitlock**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | | **3.1964** | |
| **Athon Fleming**<br>**6760 Portofina Ct.**<br>**Jacksonville, FL 32222** | | **2.5466** | |
| **Barbara Martin**<br>**8543 Frost Street N.**<br>**Jacksonville, FL 32221** | | **4.3352** | |
| **Billy Langer**<br>**19208 89th Rd.**<br>**Mc Alpin, FL 32062** | | **0.3296** | |
| **Brian Huber**<br>**12383 Antler Hill Ln.**<br>**Jacksonville, FL 32224** | | **58.5030** | |
| **Broderick Harper**<br>**3251 University Blvd. North**<br>**#237**<br>**Jacksonville, FL 32277** | | **0.0175** | |
| **Chad Letsche**<br>**3135 Donhurst St.**<br>**Jacksonville, FL 32277** | | **0.1698** | |
| **Christpher Payet**<br>**7591 Copperfield Dr. North**<br>**Jacksonville, FL 32210** | | **0.0252** | |
| **David Stewart**<br>**1542 Mountain Lake Dr. East**<br>**Jacksonville, FL 32221** | | **23.7757** | |
| **Doyle Hoffman**<br>**3495 Windy Hill Pl.**<br>**Jacksonville, FL 32246** | | **47.2373** | |

__5__ continuation sheets attached to List of Equity Security Holders

In re    **Atlantic Insulation, Inc.**                                    ,    Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dwanye Mallard**<br>**PO Box 8099**<br>**Fleming Island, FL 32006** | | **26.2648** | |
| **Edwoodson Graville**<br>**958 Salt Pond Pl.**<br>**Altamonte Springs, FL 32714** | | **0.0253** | |
| **Emile Graville**<br>**502 Glenview Dr.**<br>**Orlando, FL 32808** | | **0.0224** | |
| **Eric Crawford**<br>**118 Cottage Ave.**<br>**Jacksonville, FL 32206** | | **0.0199** | |
| **Fallon Hart**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | | **0.0139** | |
| **Gary Hatch**<br>**7522 Bulb Farm Rd.**<br>**Wellborn, FL 32094** | | **51.6825** | |
| **George Stayman**<br>**5330 Holden Rd.**<br>**Cocoa, FL 32927** | | **3.8049** | |
| **Glenn Moody**<br>**4931 Cambridge Dr.**<br>**Mims, FL 32754** | | **1.5410** | |
| **Gregory Revis**<br>**5236 Sw99th Ave.**<br>**Lake City, FL 32025** | | **0.1897** | |
| **Houston Jones**<br>**2543 Moon Harbor Way**<br>**Middleburg, FL 32068** | | **5.0533** | |
| **James Helsel**<br>**7951 Copperfield Dr. North**<br>**Jacksonville, FL 32244** | | **0.0414** | |
| **James Nolen**<br>**6226 S. Barnes Rd.**<br>**Apt. #25**<br>**Jacksonville, FL 32216** | | **0.0186** | |

Sheet __1__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re    **Atlantic Insulation, Inc.** _____,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffery Prescott**<br>**PO Box 135**<br>**Wellborn, FL 32094** | | **40.0981** | |
| **Jeffrey Taylor**<br>**409 SW Loren Ct.**<br>**Lake City, FL 32024** | | **0.0184** | |
| **Jennifer O'Brien**<br>**703 Sleepy Hollow Dr.**<br>**Port Orange, FL 32127** | | **4.8684** | |
| **John Betz**<br>**PO Box 192**<br>**Wellborn, FL 32094** | | **3.0544** | |
| **John Poulin**<br>**1374 Old Middleburg Rd.**<br>**Jacksonville, FL 32210** | | **7.5505** | |
| **Joseph Gaylard**<br>**127 Lumbard Way**<br>**Lake City, FL 32024** | | **0.1009** | |
| **Joseph O'Brien**<br>**2163 Broadway Ave.**<br>**Jacksonville, FL 32209** | | **8.9908** | |
| **Larry Dixon**<br>**85438 Dick King Rd.**<br>**Yulee, FL 32097** | | **0.0332** | |
| **Lee Parrish, II**<br>**2172 Glory Rd.**<br>**Macclenny, FL 32063** | | **3.6859** | |
| **Louis Decker**<br>**230 Astronaut Ln.**<br>**Titusville, FL 32780** | | **7.1402** | |
| **Mark Leavens**<br>**10047 147th Rd.**<br>**Live Oak, FL 32060** | | **0.0268** | |
| **Mark Spillers**<br>**3327 Brockett Rd.**<br>**Mims, FL 32754** | | **0.6764** | |
| **Matthew Garner**<br>**1099 Coronado Rd.**<br>**Rockledge, FL 32955** | | **2.9460** | |

Sheet   **2**   of   **5**   continuation sheets attached to the List of Equity Security Holders

In re    **Atlantic Insulation, Inc.** _____,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew Rossi**<br>**1338 Delaware Place**<br>**#C**<br>**Orange Park, FL 32065** | | 2.6289 | |
| **Michael Chapman**<br>**8630 St. Patrick Ln**<br>**Jacksonville, FL 32216** | | 330.9837 | |
| **Michael Wyche**<br>**3966 ORiley Dr.**<br>**Jacksonville, FL 32210** | | 0.0204 | |
| **Milton Martinez**<br>**518 Briarwood Ct.**<br>**Altamonte Springs, FL 32714** | | 0.0332 | |
| **Natalie Gibbs**<br>**11414 Hobart Blvd.**<br>**Jacksonville, FL 32218** | | 0.3395 | |
| **Paul Braddock**<br>**13755 Cheyne Rd.**<br>**Jacksonville, FL 32224** | | 19.7052 | |
| **Paul Whisinand**<br>**1329 Mayport Landing Cir.**<br>**Atlantic Beach, FL 32233** | | 0.0317 | |
| **Pierrot Dupalis**<br>**464 Oriental Pointe**<br>**Altamonte Springs, FL 32701** | | 0.0215 | |
| **Randall Bledsoe**<br>**301 Jepson St.**<br>**Titusville, FL 32780** | | 3.3859 | |
| **Richard Ferdon, III**<br>**311 W. 18th Street**<br>**#4**<br>**Jacksonville, FL 32206** | | 0.0234 | |
| **Richard Gillard**<br>**10085 Bradley Rd.**<br>**Jacksonville, FL 32246** | | 32.2118 | |
| **Richard K. Whitlock, Jr.**<br>**6939 Altama Rd**<br>**Jacksonville, FL 32216** | | 0.2251 | |

Sheet  **3**  of  **5**  continuation sheets attached to the List of Equity Security Holders

In re    **Atlantic Insulation, Inc.**                                      ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard K. Whitlock, Sr.**<br>**1960 Broward Rd.**<br>**Jacksonville, FL 32218** | | **671.2417** | |
| **Richard Shoemaker**<br>**3135 Donhurst St.**<br>**Jacksonville, FL 32217** | | **0.1298** | |
| **Robert Kellum**<br>**783 Arthur Moore Rd.**<br>**Green Cove Springs, FL 32043** | | **9.9345** | |
| **Robert Kellum, Jr.**<br>**783 Arthur Moore Rd.**<br>**Green Cove Springs, FL 32043** | | **1.5562** | |
| **Roger Monast**<br>**180 Benjamin Dr.**<br>**Ormond Beach, FL 32176** | | **0.0305** | |
| **Shedrick Rogers**<br>**2317 W. 16th St.**<br>**Jacksonville, FL 32209** | | **2.4867** | |
| **Sherrie Whitlock**<br>**3400 Barbara Lane**<br>**Hilliard, FL 32046** | | **1.5588** | |
| **Steven Rayburn**<br>**230 Bermuda St.**<br>**Titusville, FL 32780** | | **8.5918** | |
| **Tami Betz**<br>**PO Box 192**<br>**Wellborn, FL 32094** | | **1.3341** | |
| **Thomas Poleo**<br>**1121 Giovanni St.**<br>**Deltona, FL 32725** | | **12.8776** | |
| **Timothy Knepton**<br>**4716 Tunis St.**<br>**Jacksonville, FL 32205** | | **52.8360** | |
| **Vincent Canepa**<br>**5731 Greenland Rd.**<br>**Jacksonville, FL 32258** | | **35.5136** | |
| **William Lehtio**<br>**5850 Baltimore Ave**<br>**Cocoa, FL 32927** | | **0.5892** | |

Sheet   **4**   of   **5**   continuation sheets attached to the List of Equity Security Holders

In re    **Atlantic Insulation, Inc.**                       ,     Case No. _____

                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **William Pangborn**<br>**4310 Beacon Ct.**<br>**Titusville, FL 32780** | | **0.1498** | |
| **William Watson**<br>**9719 Orr Ct. North**<br>**Jacksonville, FL 32246** | | **0.0386** | |
| **William Whitlock**<br>**6939 Altama Rd**<br>**Jacksonville, FL 32246** | | **2.9154** | |
| **Willy Oyola**<br>**2311 Camden Ave**<br>**Jacksonville, FL 32207** | | **0.0224** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 20, 2014**                  Signature   **/s/ Richard Kim Whitlock, Sr.**
                                                          **Richard Kim Whitlock, Sr.**
                                                          **President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  **5**  of  **5**  continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Atlantic Insulation, Inc.**                                    Case No.
                                              Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **August 20, 2014**                        **/s/ Richard Kim Whitlock, Sr.**
                                                  **Richard Kim Whitlock, Sr./President**
                                                  Signer/Title

Atlantic Insulation, Inc.
4229 N. Main Street
Jacksonville, FL 32206

Capital Office Products
210 Fentress Blvd.
Daytona Beach, FL 32114

General Insulation Company
PO Box 636959
Cincinnati, OH 45263

Jason A. Burgess
The Law Offices of Jason A. Burgess, LLC
118 West Adams Street
Suite 900
Jacksonville, FL 32202

Carespot-Solantic of Orlando
PO Box 404994
Atlanta, GA 30384

General Insulation Company
Newstar Business Credit, LLC
PO Box 636959
Cincinnati, OH 45263

B&M Equipment
2208 NW 71st Place
Gainesville, FL 32653

CIT
21146 Network Place
Chicago, IL 60673

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250

Bank of America
100 N. Tryon St.
Charlotte, NC 28255

CIT
21146 Network Place
Chicago, IL 60673

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Bay Insulation of Florida
PO Box 9229
Green Bay, WI 54308

Duval County Tax Collector
117 W. Duval Street
Suite 480
Jacksonville, FL 32202

Internal Revenue Service
400 West Bay Street
Jacksonville, FL 32202

Bliss Consultants
2227 Herschel Street
Jacksonville, FL 32204

Enterprise Fleet Services
PO Box 800089
Salt Lake City, UT 84180

IT Professionals of Jax, LLC
5354 Oak Bay Dr. East
Jacksonville, FL 32256

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693

Fed-Ex
PO Box 94515
Palatine, IL 60094

James W. Mathews, CPA
2104 Park Street
Suite 2
Jacksonville, FL 32204

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693

Florida Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Lapin Sheet Metal
3825 Gardenia Avenue
Orlando, FL 32839

Canon Solutions America
PO Box 742265
Atlanta, GA 30374

Gate Fleet Services
PO BOx 40505
Jacksonville, FL 32203

North Florida Notifier, LLC
3100 University Blvd. S.
Suite 107
Jacksonville, FL 32216

Office Depot Credit Services
PO Box 689020
Des Moines, IA 50368

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Orafael Q. Medina &
Jeronima C. Medina
10505 Ahsby Rd.
Jacksonville, FL 32206

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Picks Sales and Leasing
PO Box 771559
Ocala, FL 34477

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Picks Sales and Leasing
PO Box 771559
Ocala, FL 34477

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

RREF II PEBP Acquisitions
PO Box 39517
Solon, OH 44139

Pittsburgh Corning Corp.
PO Box 640347
Pittsburgh, PA 15264

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Sprint
PO Box 4181
Carol Stream, IL 60197

Quantum Servicing Corp.
6302 E. Martin Luther King B
Suite 300
Tampa, FL 33619

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Tubel's Service Center
11411 North Main Street
Jacksonville, FL 32218

Quantum Servicing Corp.
6302 E. Martin Luther King B
Suite 300
Tampa, FL 33619

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

UPS
PO Box 7247-0244
Philadelphia, PA 19170

Quantum Servicing Corp.
6302 E. Martin Luther King B
Suite 300
Tampa, FL 33619

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94163

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Richard K. Whitlock, Sr.
1960 Broward Rd.
Jacksonville, FL 32218

Wells Fargo Bank, N.A.
PO Box 536210
Atlanta, GA 30353

Werner Co.
93 Werner Road
Greenville, PA 16125


World Electric
569 Stuart Lane
Jacksonville, FL 32254

# United States Bankruptcy Court
## Middle District of Florida

In re    **Atlantic Insulation, Inc.**

                              Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Atlantic Insulation, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 20, 2014**

Date

**/s/ Jason A. Burgess**

**Jason A. Burgess 40757**

Signature of Attorney or Litigant

Counsel for    **Atlantic Insulation, Inc.**

**The Law Offices of Jason A. Burgess, LLC**

**118 West Adams Street**
**Suite 900**
**Jacksonville, FL 32202**
**904-354-5065 Fax:904-354-5069**
**jason@jasonaburgess.com**